UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE TIMOTHY C. STANCEU, JUDGE

| | |
|---|---|
| OHKA AMERICA, INC. <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Court No. 08-00029 |

## STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts in which the parties agree that:

1. The protests and the action involved herein were filed within the time provided by law, and all liquidated duties, charges or exactions have been paid prior to the filing of the summons.

2. The imported merchandise covered by the entries set forth on Schedule A, attached, consists of photoresists identified on the commercial invoices by the alpha numeric item numbers enumerated on Schedule B.

3. The imported merchandise was classified by U.S. Customs and Border Protection or its predecessors as described as "Chemical preparations for photographic uses (other than varnishes, glues, adhesives and similar preparations…: Other: Chemical preparations for photographic uses: Other," under subheading 3707.90.32 HTSUS at 6.5% ad valorem.

*Ohka America Inc.* v. *The United States*
Stipulated Judgment On Agreed Statement Of Facts
Court No. 08-00029

4. The stipulabie imported merchandise is classifiable as "Chemical preparations for photographic uses (other than varnishes, glues, adhesives and similar preparations)...: Sensitizing emulsions," under subheading 3707.10.00, HTSUS, at the rate of 3% ad valorem.

5. The imported merchandise covered by the entries set forth on the attached schedule is stipulabie in accordance with this agreement, except for non-stipulable photoresists listed on the commercial invoices and agreed to be abandoned or merchandise otherwise not at issue identified by an asterisk at the bottom of Schedule B.

6. Any refunds payable by reason of this judgment are to be paid with any interest provided for by law.

*Ohka America Inc. v. The United States*
Stipulated Judgment On Agreed Statement Of Facts
Court No. 08-00029

7. All other claims and non-stipulated entries marked with an asterisk are abandoned.

8. Each party will bear its own costs and attorney's fees.

Respectfully submitted,

GEORGE R. TUTTLE,
A Professional Corporation
3950 Civic Center Drive, Suite 310
San Rafael, CA 94903
Georgy-tuttle.sr@tuttlelaw.com
Tel (415) 986-8780

Date: 8/2/22      By: _____
George R. Tuttle
Attorney for Plaintiff
Ohka America, Inc.

BRIAN M. BOYNTON
Principal Deputy Assistant
Attorney General

PATRICIA MCCARTHY
Director

Date: 8/2/2022    By: _____
JUSTIN R. MILLER
Attorney in Charge
International Trade Field Office

Date: 8/1/2622    By: _____
EDWARD F. KENNY VI
Senior Trial Counsel
Civil Division, Dept. of Justice
Commercial Litigation branch
26 Federal Plaza – Room 346
New York, New York 10278
Tel.: (212) 264-0480
Edward.Kenny@usdoj.gov

{0179575.DOCX.1}

*Ohka America Inc.* v. *The United States*
Stipulated Judgment On Agreed Statement Of Facts
Court No. 08-00029

      IT IS HEREBY ORDERED that this action is decided and this final judgment is to be entered by the Clerk of this Court; the appropriate U.S. Customs and Border Protection officials shall reliquidate the entries and make refund in accordance with the stipulation of the parties set forth above.

Date: _____

                                              THE HONORABLE TIMOTHY C. STANCEU,
                                              JUDGE

**Ohka America, Inc.**
**Schedule A**

Plaintiff:  Ohka America, Inc.
Port Names:  San Francisco International Airport
Court No. 08-00029  Date: 1/6/2008

| Protest No. | Protest Date | Protest Denied | Entry No. | Entry Date | Liquidation Date |
|---|---|---|---|---|---|
| 280907-100459 | 7/3/2007 | 7/26/2007 | EE6-8084853-2 | 2/21/2006 | 1/5/2007 |
| 280907-100459 | 7/3/2007 | 7/26/2007 | EE6-8084855-7 | 2/21/2006 | 1/5/2007 |
| 280907-100459 | 7/3/2007 | 7/26/2007 | EE6-8085093-4 | 2/28/2006 | 1/12/2007 |
| 280907-100459 | 7/3/2007 | 7/26/2007 | EE6-8085166-8 | 3/2/2006 | 1/12/2007 |
| 280907-100459 | 7/3/2007 | 7/26/2007 | EE6-8085301-1 | 3/7/2006 | 1/19/2007 |
| 280907-100459 | 7/3/2007 | 7/26/2007 | EE6-8085487-8 | 3/13/2006 | 1/26/2007 |
| 280907-100459 | 7/3/2007 | 7/26/2007 | EE6-8085535-4 | 3/14/2006 | 1/22/2007 |
| 280907-100494 | 7/24/2007 | 8/9/2007 | EE6-8085711-1 | 3/20/2006 | 2/2/2007 |
| 280907-100494 | 7/24/2007 | 8/9/2007 | EE6-8085811-9 | 3/23/2006 | 2/2/2007 |
| 280907-100494 | 7/24/2007 | 8/9/2007 | EE6-8085958-8 | 3/28/2006 | 2/9/2007 |

* The entries marked by an asterick (*) and listed on the commercial invoice are abandoned.                    1/1

Ohka America, Inc.
Court No. 08-00029
Schedule B

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 |   | Entry No | Entry Date | Protest No | Protest Date | Protest Denied | Description |
| 2 |   | EE6-8084853-2 | 2/21/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | PMER N-CA3000PM |
| 3 | * | EE6-8084855-7 | 2/21/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | RESIST |
| 4 |   | EE6-8084855-7 | 2/21/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TARF-3A |
| 5 |   | EE6-8084855-7 | 2/21/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TARF-6A |
| 6 |   | EE6-8084855-7 | 2/21/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TARF-P5081 EM 1.9CP |
| 7 |   | EE6-8084855-7 | 2/21/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TARF-P6071 PM 2.8CP |
| 8 |   | EE6-8084855-7 | 2/21/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TARF-P6071 PM 2.8CP |
| 9 |   | EE6-8084855-7 | 2/21/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TARF-P6100 EM 3CP |
| 10 |   | EE6-8084855-7 | 2/21/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TARF-P6111 ME |
| 11 |   | EE6-8084855-7 | 2/21/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TARF-P6111 ME 2.1CP |
| 12 |   | EE6-8084855-7 | 2/21/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TARF-P6127 EM |
| 13 |   | EE6-8084855-7 | 2/21/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TARF-P7047 EM |
| 14 |   | EE6-8084855-7 | 2/21/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TARF-P7047 EM 3.1CP |
| 15 |   | EE6-8084855-7 | 2/21/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TARF-P7047 EM 3.5CP |
| 16 |   | EE6-8084855-7 | 2/21/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TARF-P7050 EM 3CP |
| 17 |   | EE6-8084855-7 | 2/21/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TARF-P7070 EM 2.2CP |
| 18 |   | EE6-8084855-7 | 2/21/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TARF-TF-05 LA 24CP |
| 19 |   | EE6-8084855-7 | 2/21/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TDMR-AR87 LB 25CP |
| 20 |   | EE6-8084855-7 | 2/21/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TDMR-AR87 LB 25CP |
| 21 |   | EE6-8084855-7 | 2/21/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TDMR-AR87 LB 25CP |
| 22 |   | EE6-8084855-7 | 2/21/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TDUR-N700 GP 2.4CP |
| 23 |   | EE6-8084855-7 | 2/21/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TDUR-N720 ME 2CP |
| 24 |   | EE6-8084855-7 | 2/21/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TDUR-N777 |
| 25 |   | EE6-8084855-7 | 2/21/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TDUR-N777 EM 5.5CP |
| 26 |   | EE6-8084855-7 | 2/21/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TDUR-P017 PM 8CP |
| 27 |   | EE6-8084855-7 | 2/21/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TDUR-P024 PM 8CP |
| 28 |   | EE6-8084855-7 | 2/21/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TDUR-P031B PM 8CP |
| 29 |   | EE6-8084855-7 | 2/21/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TDUR-P308 EM 5CP |
| 30 |   | EE6-8084855-7 | 2/21/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TDUR-P501B PM 4CP |
| 31 |   | EE6-8084855-7 | 2/21/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TDUR-P501B PM 4CP |

\*The merchandise marked by an asterisk (*) are either non-stipulable photo resists listed on the commercial invoices and agreed to be abandoned or are merchandise otherwise not at issue.

Ohka America, Inc.
Court No. 08-00029
Schedule B

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 |   | Entry No | Entry Date | Protest No | Protest Date | Protest Denied | Description |
| 32 |   | EE6-8084855-7 | 2/21/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TDUR-P501B PM 4CP |
| 33 |   | EE6-8084855-7 | 2/21/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TDUR-P501B PM 6CP |
| 34 |   | EE6-8084855-7 | 2/21/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TDUR-P501B PM 6CP |
| 35 |   | EE6-8084855-7 | 2/21/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TDUR-P6137 EL 15.5CP |
| 36 |   | EE6-8084855-7 | 2/21/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TDUR-P6137 EL 15.5CP |
| 37 |   | EE6-8084855-7 | 2/21/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TDUR-P6137 EL 8.7CP |
| 38 |   | EE6-8084855-7 | 2/21/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TDUR-P6137 EL 8.7CP |
| 39 | * | EE6-8084855-7 | 2/21/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | THMR-IP3500 HP 2CP |
| 40 | * | EE6-8084855-7 | 2/21/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | THMR-IP5700 HP 14CP |
| 41 | * | EE6-8084855-7 | 2/21/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | THMR-IP9650 HP 5CP |
| 42 |   | EE6-8084855-7 | 2/21/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TMR-TR P12 PM |
| 43 | # | EE6-8084855-7 | 2/21/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TSMR-CR57110 HP |
| 44 | * | EE6-8084855-7 | 2/21/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TSMR-CR57110 HP |
| 45 | * | EE6-8084855-7 | 2/21/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TSMR-IN027 PM 2.6CP |
| 46 | * | EE6-8084855-7 | 2/21/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TSMR-IN032 MG 8.5CP |
| 47 | * | EE6-8084855-7 | 2/21/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TSMR-V50 EL 35CP |
| 48 | * | EE6-8084855-7 | 2/21/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TSMR-V50 EL 35CP |
| 49 | * | EE6-8085093-4 | 2/28/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | EP-11005 |
| 50 | * | EE6-8085093-4 | 2/28/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | OEBR-CAP138 |
| 51 |   | EE6-8085093-4 | 2/28/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TARF-6A |
| 52 |   | EE6-8085093-4 | 2/28/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TARF-6A |
| 53 |   | EE6-8085093-4 | 2/28/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TARF-P6111 ME 1.7CP |
| 54 |   | EE6-8085093-4 | 2/28/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TARF-P7066 EM 2.6CP |
| 55 |   | EE6-8085093-4 | 2/28/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TARF-P7066 EM 2.6CP |
| 56 |   | EE6-8085093-4 | 2/28/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TARF-P7145 LP |
| 57 | * | EE6-8085093-4 | 2/28/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TBLC-100 PM |
| 58 |   | EE6-8085093-4 | 2/28/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TDMR-AR5300 HP 2CP |
| 59 |   | EE6-8085093-4 | 2/28/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TDMR-AR65 HP 11CP |
| 60 |   | EE6-8085093-4 | 2/28/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TDMR-AR65 HP 11CP |
| 61 |   | EE6-8085093-4 | 2/28/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TDMR-AR89 LB 14CP |

*The merchandise marked by an asterisk (*) are either non-stipulable photo resists listed on the commercial invoices and agreed to be abandoned or are merchandise otherwise not at issue.

Ohka America, Inc.
Court No. 08-00029
Schedule B

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | | Entry No | Entry Date | Protest No | Protest Date | Protest Denied | Description |
| 62 | | EE6-8085093-4 | 2/28/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TDMR-AR89 LB 14CP |
| 63 | | EE6-8085093-4 | 2/28/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TDUR-P015 PM |
| 64 | | EE6-8085093-4 | 2/28/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TDUR-P015 PM 7CP |
| 65 | | EE6-8085093-4 | 2/28/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TDUR-P015 PM 9CP |
| 66 | | EE6-8085093-4 | 2/28/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TDUR-P015 PM 9CP |
| 67 | | EE6-8085093-4 | 2/28/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TDUR-P031B PM 8CP |
| 68 | | EE6-8085093-4 | 2/28/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TDUR-P4167 EM 8CP |
| 69 | | EE6-8085093-4 | 2/28/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TDUR-P534 EL 8CP |
| 70 | | EE6-8085093-4 | 2/28/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TDUR-P6137 EL 6.7CP |
| 71 | | EE6-8085093-4 | 2/28/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TDUR-P6137 EL 6.7CP |
| 72 | | EE6-8085093-4 | 2/28/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TDUR-P628 EL 19CP |
| 73 | | EE6-8085093-4 | 2/28/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TDUR-P628 EL 19CP |
| 74 | | EE6-8085093-4 | 2/28/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TDUR-P628 EL 19CP |
| 75 | * | EE6-8085093-4 | 2/28/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | THMR-IP2370 LB |
| 76 | * | EE6-8085093-4 | 2/28/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | THMR-IP2370 LB 28CP |
| 77 | * | EE6-8085093-4 | 2/28/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | THMR-IP3500 HP D3 |
| 78 | * | EE6-8085093-4 | 2/28/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TSCR-1101 15 LB 17CP |
| 79 | * | EE6-8085093-4 | 2/28/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TSCR-130115 HL |
| 80 | * | EE6-8085093-4 | 2/28/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TSCR-130115 HL |
| 81 | * | EE6-8085093-4 | 2/28/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TSMR-CR50I15 EP 30CP |
| 82 | * | EE6-8085093-4 | 2/28/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TSMR-IN032 MG 8.5CP |
| 83 | * | EE6-8085166-8 | 3/2/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | EUVI-P |
| 84 | | EE6-8085166-8 | 3/2/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TARF-P6111 ME 1.9CP |
| 85 | * | EE6-8085301-1 | 3/7/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | BLC-750 EM |
| 86 | | EE6-8085301-1 | 3/7/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | DP-6178 EL |
| 87 | * | EE6-8085301-1 | 3/7/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | HM10 EM |
| 88 | | EE6-8085301-1 | 3/7/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | ITAP-71401 |
| 89 | | EE6-8085301-1 | 3/7/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TARF-3A |
| 90 | | EE6-8085301-1 | 3/7/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TARF-6A |
| 91 | | EE6-8085301-1 | 3/7/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TARF-6A |

*The merchandise marked by an asterisk (*) are either non-stipulable photo resists listed on the commercial invoices and agreed to be abandoned or are merchandise otherwise not at issue.

Ohka America, Inc.
Court No. 08-00029
Schedule B

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 |   | Entry No | Entry Date | Protest No | Protest Date | Protest Denied | Description |
| 92 |   | EE6-8085301-1 | 3/7/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TARF-7A |
| 93 |   | EE6-8085301-1 | 3/7/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TARF-ICT |
| 94 |   | EE6-8085301-1 | 3/7/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TARF-P7047 EM 4CP |
| 95 |   | EE6-8085301-1 | 3/7/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TARF-P8005 LP 2.6CP |
| 96 |   | EE6-8085301-1 | 3/7/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TARF-TAI |
| 97 |   | EE6-8085301-1 | 3/7/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TDUR-P6119 EL 10CP |
| 98 |   | EE6-8085301-1 | 3/7/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TDUR-P6119 EL 8CP |
| 99 |   | EE6-8085301-1 | 3/7/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TDUR-P7117 EL 8CP |
| 100 | * | EE6-8085301-1 | 3/7/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | THMR-IP9600 HP 4.5CP |
| 101 | * | EE6-8085301-1 | 3/7/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | THMR-IP9600 HP 8CP |
| 102 | * | EE6-8085301-1 | 3/7/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | THMR-IP9600 HP 8CP |
| 103 | * | EE6-8085301-1 | 3/7/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | THMR-IP9600 HP 8CP |
| 104 | * | EE6-8085301-1 | 3/7/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TSMR V90 LB 15CP |
| 105 | * | EE6-8085301-1 | 3/7/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TSMR-IN027 PM 8CP |
| 106 |   | EE6-8085487-8 | 3/13/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TARF-P6071 PM 2.8CP |
| 107 |   | EE6-8085487-8 | 3/13/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TARF-P6071 PM 2.8CP |
| 108 | « | EE6-8085535-4 | 3/14/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | EN-021 |
| 109 | « | EE6-8085535-4 | 3/14/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | EN-033 |
| 110 | * | EE6-8085535-4 | 3/14/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | EP-GM005 PB 24CP |
| 111 | * | EE6-8085535-4 | 3/14/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | OEBR-CAP112 PM 3.8CP |
| 112 | * | EE6-8085535-4 | 3/14/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | OEBR-CAP130 PM 2.2CP |
| 113 |   | EE6-8085535-4 | 3/14/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TARF-6A |
| 114 |   | EE6-8085535-4 | 3/14/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TARF-7A |
| 115 |   | EE6-8085535-4 | 3/14/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TARF-7A |
| 116 |   | EE6-8085535-4 | 3/14/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TARF-P6071 PM 2.8CP |
| 117 |   | EE6-8085535-4 | 3/14/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TARF-P6111 ME 1.9CP |
| 118 |   | EE6-8085535-4 | 3/14/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TARF-P6111 ME 1.9CP |
| 119 |   | EE6-8085535-4 | 3/14/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TARF-P6111 ME 1.9CP |
| 120 |   | EE6-8085535-4 | 3/14/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TARF-P6111 ME 3.1CP |
| 121 |   | EE6-8085535-4 | 3/14/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TARF-P7047 EM 3.7CP |

*The merchandise marked by an asterisk (*) are either non-stipulable photo resists listed on the commercial invoices and agreed to be abandoned or are merchandise otherwise not at issue.

Ohka America, Inc.
Court No. 08-00029
Schedule B

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 |   | Entry No | Entry Date | Protest No | Protest Date | Protest Denied | Description |
| 122 |   | EE6-8085535-4 | 3/14/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TARF-P7047 EM 3.7CP |
| 123 |   | EE6-8085535-4 | 3/14/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TARF-P7050 EM 2.5CP |
| 124 |   | EE6-8085535-4 | 3/14/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TARF-P7050 EM 3CP |
| 125 |   | EE6-8085535-4 | 3/14/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TARF-P8005 LP 2.4CP |
| 126 |   | EE6-8085535-4 | 3/14/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TARF-P9009 LA |
| 127 | * | EE6-8085535-4 | 3/14/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TBLC-100 PM 4.5CP |
| 128 | * | EE6-8085535-4 | 3/14/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TDMR-AR160 HP 4CP |
| 129 |   | EE6-8085535-4 | 3/14/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TDUR-P015 PM 13CP |
| 130 |   | EE6-8085535-4 | 3/14/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TDUR-P419 PM 3.7CP |
| 131 |   | EE6-8085535-4 | 3/14/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TDUR-P419 PM 4.5CP |
| 132 |   | EE6-8085535-4 | 3/14/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TDUR-P5107 EL 5.6CP |
| 133 |   | EE6-8085535-4 | 3/14/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TDUR-P534 EL 8CP |
| 134 |   | EE6-8085535-4 | 3/14/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TDUR-P534 EL 8CP |
| 135 |   | EE6-8085535-4 | 3/14/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TDUR-P603B PM 9CP |
| 136 |   | EE6-8085535-4 | 3/14/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TDUR-P603B PM 9CP |
| 137 |   | EE6-8085535-4 | 3/14/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TDUR-P7126 EL 11CP |
| 138 |   | EE6-8085535-4 | 3/14/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TDUR-P722 EL 10CP |
| 139 |   | EE6-8085535-4 | 3/14/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TDUR-P722 EL 10CP |
| 140 |   | EE6-8085535-4 | 3/14/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TDUR-P722 EL 10CP |
| 141 | * | EE6-8085535-4 | 3/14/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | THMR-IP3100 MM 9CP |
| 142 | * | EE6-8085535-4 | 3/14/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | THMR-IP3600 HP D2 |
| 143 | * | EE6-8085535-4 | 3/14/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | THMR-IP3600 HP D2 |
| 144 | * | **EE6-8085535-4** | 3/14/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | THMR-IP3650 HP 4CP |
| 145 | * | EE6-8085535-4 | 3/14/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | THMR-IP3650 HP 5CP |
| 146 | * | EE6-8085535-4 | 3/14/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | THMR-IP3680 HL 10CP |
| 147 | * | EE6-8085535-4 | 3/14/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | THMR-IP3680 HL 10CP |
| 148 | * | EE6-8085535-4 | 3/14/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | THMR-IP5700 HP 60CP |
| 149 | * | EE6-8085535-4 | 3/14/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | THMR-IP5700 HP 60CP |
| 150 | * | EE6-8085535-4 | 3/14/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | THMR-IP9600 HP 6.5CP |
| 151 | * | EE6-8085535-4 | 3/14/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | THMR-IP9600 HP 9.5CP |

*The merchandise marked by an asterisk (*) are either non-stipulable photo resists listed on the commercial invoices and agreed to be abandoned or are merchandise otherwise not at issue.

Ohka America, Inc.
Court No. 08-00029
Schedule B

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | | Entry No | Entry Date | Protest No | Protest Date | Protest Denied | Description |
| 152 | | EE6-8085535-4 | 3/14/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TSMR-8900 MD-2 |
| 153 | * | EE6-8085535-4 | 3/14/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TSMR-IN008 PM 10CP |
| 154 | * | EE6-8085535-4 | 3/14/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TSMR-IN008 PM 10CP |
| 155 | * | EE6-8085535-4 | 3/14/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TSMR-IN009 PM 30CP |
| 156 | * | EE6-8085535-4 | 3/14/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TSMR-IN029 PM 30CP |
| 157 | * | EE6-8085535-4 | 3/14/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TSMR-IN1000 PM 3000CP |
| 158 | * | EE6-8085535-4 | 3/14/2006 | 280907-100459 | 7/3/2007 | 7/26/2007 | TSMR-V50 EL 35CP |
| 159 | * | EE6-8085711-1 | 3/20/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | BLC-760 |
| 160 | | EE6-8085711-1 | 3/20/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TARF-TAI-6011 |
| 161 | | EE6-8085711-1 | 3/20/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TDUR-P017 PM 8CP |
| 162 | | EE6-8085711-1 | 3/20/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TDUR-P501B PM 6CP |
| 163 | | EE6-8085711-1 | 3/20/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TDUR-P501B PM 6CP |
| 164 | | EE6-8085711-1 | 3/20/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TDUR-P603BN PM 9CP |
| 165 | | EE6-8085711-1 | 3/20/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TDUR-P603BN PM 9CP |
| 166 | | EE6-8085711-1 | 3/20/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TDUR-P630 EL 12CP |
| 167 | | EE6-8085711-1 | 3/20/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TDUR-P630 EL 12CP |
| 168 | * | EE6-8085811-9 | 3/23/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | STO-241KD 1.6CP |
| 169 | | EE6-8085811-9 | 3/23/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TARF-7A |
| 170 | | EE6-8085811-9 | 3/23/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TARF-P6111 ME 1.9CP |
| 171 | | EE6-8085811-9 | 3/23/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TARF-P7047 EM 4CP |
| 172 | | EE6-8085811-9 | 3/23/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TARF-P7066 EM 2.6CP |
| 173 | | EE6-8085811-9 | 3/23/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TARF-P7066 EM 2.6CP |
| 174 | | EE6-8085811-9 | 3/23/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TARF-P7066 EM 3.9CP |
| 175 | | EE6-8085811-9 | 3/23/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TARF-P9009 LA |
| 176 | | EE6-8085811-9 | 3/23/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TARF-SC |
| 177 | | EE6-8085811-9 | 3/23/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TARF-TAI-6011 |
| 178 | | EE6-8085811-9 | 3/23/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TCIR-2R8800 PB |
| 179 | | EE6-8085811-9 | 3/23/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TDUR-P501B PM 4CP |
| 180 | | EE6-8085811-9 | 3/23/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TDUR-P501B PM 4CP |
| 181 | | EE6-8085811-9 | 3/23/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TDUR-P501B PM 4CP |

*The merchandise marked by an asterisk (*) are either non-stipulable photo resists listed on the commercial invoices and agreed to be abandoned or are merchandise otherwise not at issue.

Ohka America, Inc.
Court No. 08-00029
Schedule B

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | | **Entry No** | **Entry Date** | **Protest No** | **Protest Date** | **Protest Denied** | **Description** |
| 182 | | EE6-8085811-9 | 3/23/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TDUR-PSO1B PM 4CP |
| 183 | | EE6-8085811-9 | 3/23/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TDUR-P628 EL 25CP |
| 184 | | EE6-8085811-9 | 3/23/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TDUR-P630 EL 8CP |
| 185 | | EE6-8085811-9 | 3/23/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TDUR-P630 EL 8CP |
| 186 | | EE6-8085811-9 | 3/23/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TDUR-P630 EL 8CP |
| 187 | | EE6-8085811-9 | 3/23/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TDUR-P722 EL 17CP |
| 188 | | EE6-8085811-9 | 3/23/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TDUR-P722 EL 17CP |
| 189 | | EE6-8085811-9 | 3/23/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TDUR-P722D35 EL 6.5CP |
| 190 | | EE6-8085811-9 | 3/23/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TDUR-P722D35 EL 6.5CP |
| 191 | * | EE6-8085811-9 | 3/23/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | THMR-IP2600 LB 36CP |
| 192 | * | EE6-8085811-9 | 3/23/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | THMR-IP3500 HP D3 |
| 193 | * | EE6-8085811-9 | 3/23/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TSCR-110115 LB 17CP |
| 194 | * | EE6-8085811-9 | 3/23/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TSMR-8900 20CP |
| 195 | * | EE6-8085811-9 | 3/23/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TSMR-8900 20CP |
| 196 | * | EE6-8085811-9 | 3/23/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TSMR-8900 20CP |
| 197 | * | EE6-8085811-9 | 3/23/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TSMR-8900 MD-2 60CP |
| 198 | * | EE6-8085811-9 | 3/23/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TSMR-8900 MD-2 60CP |
| 199 | | EE6-8085958-8 | 3/28/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | DP-6178 |
| 200 | * | EE6-8085958-8 | 3/28/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | EUVI-P |
| 201 | | EE6-8085958-8 | 3/28/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TARF-P6100 EM 4.2CP |
| 202 | | EE6-8085958-8 | 3/28/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TARF-P6111 ME |
| 203 | | EE6-8085958-8 | 3/28/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TARF-P7047 EM 2.4CP |
| 204 | | EE6-8085958-8 | 3/28/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TARF-P7047 EM 3.1CP |
| 205 | | EE6-8085958-8 | 3/28/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TARF-P7050 EM 2.8CP |
| 206 | | EE6-8085958-8 | 3/28/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TARF-P9009 LA |
| 207 | * | EE6-8085958-8 | 3/28/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TDMR-AR87 LB 25CP |
| 208 | * | EE6-8085958-8 | 3/28/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TDMR-AR87 LB 25CP |
| 209 | * | EE6-8085958-8 | 3/28/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TDMR-AR87 LB 25CP |
| **210** | | EE6-8085958-8 | 3/28/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TDMR-AR89 LB 14CP |
| 211 | | EE6-8085958-8 | 3/28/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TDUR-P015 PM |

*The merchandise marked by an asterisk (*) are either non-stipulable photo resists listed on the commercial invoices and agreed to be abandoned or are merchandise otherwise not at issue.      7/8

Ohka America, Inc.
Court No. 08-00029
Schedule B

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | | Entry No | Entry Date | Protest No | Protest Date | Protest Denied | Description |
| 212 | | EE6-8085958-8 | 3/28/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TDUR-P015 PM 7CP |
| 213 | | EE6-8085958-8 | 3/28/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TDUR-P015 PM 8CP |
| 214 | | EE6-8085958-8 | 3/28/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TDUR-P015 PM 9CP |
| 215 | | EE6-8085958-8 | 3/28/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TDUR-P015 PM 9CP |
| 216 | | EE6-8085958-8 | 3/28/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TDUR-P501B PM 5CP |
| 217 | | EE6-8085958-8 | 3/28/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TDUR-P534 EL 8CP |
| 218 | | EE6-8085958-8 | 3/28/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TDUR-P534 EL 8CP |
| 219 | | EE6-8085958-8 | 3/28/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TDUR-P534 EL 8CP |
| 220 | | EE6-8085958-8 | 3/28/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TDUR-P603B PM 9CP |
| 221 | | EE6-8085958-8 | 3/28/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TDUR-P603B PM 9CP |
| 222 | | EE6-8085958-8 | 3/28/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TDUR-P722D35 EL 6.5CP |
| 223 | | EE6-8085958-8 | 3/28/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TDUR-P722D35 EL 6.5CP |
| 224 | * | EE6-8085958-8 | 3/28/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | THMR-IP2370 LB |
| 225 | * | EE6-8085958-8 | 3/28/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | THMR-IP2370 LB 28CP |
| 226 | * | EE6-8085958-8 | 3/28/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | THMR-IP3650 HP 6CP |
| 227 | * | EE6-8085958-8 | 3/28/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | THMR-IP5700 HP |
| 228 | * | EE6-8085958-8 | 3/28/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TSMR-CR50I15 EP 30CP |
| 229 | * | EE6-8085958-8 | 3/28/2006 | 280907-100494 | 7/24/2007 | 8/9/2007 | TSMR-IN032 MG 8.5CP |

*The merchandise marked by an asterisk (*) are either non-stipulable photo resists listed on the commercial invoices and agreed to be abandoned or are merchandise otherwise not at issue.    8/8